CARLIE CHRISTENSEN, Acting United States Attorney (#633)
RICHARD W. DAYNES, Assistant United States Attorney (#5686)
185 South State Street, Suite 300
Salt Lake City, Utah 84111
Telephone: (801)-524-5682
Email michael.kennedy@usdoj.gov

IN THE UNITED STATES DISTRICT COURT

DISTRICT OF UTAH, NORTHERN DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>　　　　　Plaintiff,<br><br>v.<br><br>ADDAM W. SWAPP ,<br><br>　　　　　Defendant. | Case No.  88-CR-0006j<br><br>NOTICE OF APPEARANCE<br><br>Sr. District Judge Bruce S. Jenkins |

　　　　The United States Attorney's Office, by and through Richard W. Daynes, Assistant U.S. Attorney, hereby enters a notice of appearance on behalf of the United States of America.

　　　　RESPECTFULLY SUBMITTED on this 28TH  day of August, 2014.

　　　　　　　　　　　　　　　　　　　　　　CARLIE CHRISTENSEN
　　　　　　　　　　　　　　　　　　　　　　Acting United States Attorney

　　　　　　　　　　　　　　　　　　　　　　 */s/ Richard W. Daynes*
　　　　　　　　　　　　　　　　　　　　　　RICHARD W. DAYNES
　　　　　　　　　　　　　　　　　　　　　　Assistant United States Attorney