IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF UTAH

| | | |
|---|---|---|
| **UNITED STATES OF AMERICA**<br>**Plaintiff,** | : <br> : <br> : | **ORDER**<br><br>88-CR-00006-001-J |
| **ADDAM W. SWAPP**<br>**Defendant** | : <br> : <br> : | |

FILED
U.S. DISTRICT COURT
2014 AUG 29 P 2:55
DISTRICT OF UTAH
BY_____
DEPUTY CLERK

It is hereby ordered that the defendant be discharged from supervision and that the proceedings in the case be terminated.

DATED this 29th day of August, 2014.

BY THE COURT:

_____
Bruce S. Jenkins
United States District Judge