# MINUTES OF THE UNITED STATES DISTRICT COURT FOR THE DISTRICT OF UTAH

JUDGE: Hon. Bruce S. Jenkins

COURT REPORTER: Patti Walker
COURTROOM DEPUTY: Stephanie Schaerrer
INTERPRETER:

CASE NO. 2:88-CR-6 BSJ

USA vs Addam Swapp

Approved By:_____

## APPEARANCE OF COUNSEL

Pla     Richard W. Daynes, AUSA
Dft     Addam W. Swapp - pro se
Time    1:30 pm - 1:55 pm

DATE: 8/29/14

MATTER SET: Petition for Early Termination of Supervised Release

DOCKET ENTRY:

> Defendant present appearing pro se. After hearing from defendant and counsel for the government. Court granted the Petition for Early Termination of Supervised Release.

